LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL F. DIBENEDETTO
LINO J. DE MASI
DAVID M. SCHWARTZ

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

August 8, 2023

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

**VIA ECF**

Honorable Magistrate Leda Dunn Wettre
United States District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Attn: Lorraine McNerney, Courtroom Deputy

**Re:   U.S. v. Charles Stango (Consent Order – Bail Modification)**
**Criminal Docket No.: 22-769 (CCC)**

Dear Judge Wettre:

We represent Defendant Charles Stango in the above-captioned case. Pursuant to 10 U.S.C. §3145(b), we request, with the consent of the government and pre-trial services, a modification of the following of Mr. Stango's bail conditions.

We respectfully request that Mr. Stango be permitted to attend a local gym, the LA Fitness Center, located at 905 US 1, Edison New Jersey, on Monday, Wednesday, and Friday between the hours of 9:00 a.m. through 12:00 noon. The gym is approximately 2.5 miles from his current residence which is also in Edison, New Jersey.

Thank you for consideration of this application.

Regards,

*/s/ John Esposito/*
John Esposito, Esq.

CC: Linwood C. Wright, AUSA
    Andrew Dziopa, Pre-Trial Services